**NORTHERN DISTRICT OF FLORIDA**

DESTINEE MONET HARRIS
7270 Hilburn Rd Apt D17
Pensacola, FL 32504
*Plaintiff(s)*
Vs.
AFFIRM HOLDINGS INC.
650 CALIFORNIA ST FL 12,
SAN FRANCISCO CA 94108
*Defendant(s)*

**JUDGE**

CASE NO. 3:24cv162-MCR-ZCB

**FCRA COMPLAINT**

## I. NATURE OF THE CASE

1. This is an action for damages brought by an individual consumer, Destinee Harris, against Affirm Holdings, Inc, ("AHI"), for violations of the Fair Credit Reporting Act (hereinafter the "FCRA"). This complaint seeks actual and statutory damages under FCRA 15 U.S. Code § 1681s-2(b) for failing to investigate and provide accurate information to Experian regarding accounts 52U9XXXX and A8QBXXXX. Additionally, the complaint seeks actual and statutory damages for knowingly & willingly reporting inaccuracies, and failing to investigate disputes under the FCRA 15 USC 1681s-2(b) ultimately causing irreversible damage to the plaintiff's reputation, making alternative financing impossible for the plaintiff to obtain.

## II. JURISDICTION and PARTIES

2. Jurisdiction arises under federal question and federal law, in which the defendant violated plaintiffs federally protected rights under the Fair Credit Reporting Act 15 USC 1681 S-2(b), knowingly reporting inaccuracies, failing to investigate and update or delete the account after multiple failed re-investigations.

## III. FACTUAL ALLEGATIONS

3. On or around 05/08/2023, 06/14/2023, 9/16/2023, 03/20/2024, and 04/02/2024 plaintiff sent notices of disputes to Experian, a credit reporting agency, which was then sent to AHI regarding



several inaccuracies in the accounts including but not limited to; payment and balance histories, comments on the account submitted by AHI, the account name and even disputing that plaintiff owed the debt to AHI. in turn, defendant, failed to investigate and update the inaccuracies or delete the account. As reported by AHI, the account always remained unchanged as a result of their alleged re-investigations.

4. AHI provided the same or similar systematic response to each of plaintiffs disputes stating in subpart "Affirm has reviewed, and each time found the same results and will not be pursuing any further investigations... at this time, we have confirmed that all credit reporting is accurate, and declined your request to remove credit reporting."

5. Till date accounts 52U9XXXX and A8QBXXXX still remain incomplete and inaccurate.

**(1)** account 52U9XXXX report a date opened of 08/11/2021 but fail to report a payment history for August 2021 and September 2021. **(2)** account A8QBXXXX reports a date opened of 02/08/2021 but fail to report a payment history for February 2021 and March 2021. **(3)** Both accounts report 30-90 days late but fail to report any scheduled payments and any amounts paid. **(4)** in order to open an installment loan a downpayment/first payment must be received. However, on account 52U9XXXX reports "first payment never received." **(5)** both accounts report "invalid date" repeatedly under the comments section in balance histories. **(6)** As evidence of their failure to properly investigate under the FCRA, the "Reinvestigation Info" on both the accounts state "This item remained unchanged from our processing of your dispute in March 2024" after each reinvestigation the account and the inaccuracies remained unchanged. **(7)** On both accounts there is no data entered for recent payments, monthly payments or highest balance. **(8)** On account 52U9XXXX the balance is $299 but the original balance is $265; there is no data entered showing how the balance changed from $265 to $299. The same issue is being reported with account A8QBXXXX, the original balance was $130 but there is no data to show how the balance changed from $130 to $63. **(9)** On account 52U9XXXX the payment history guide does not match up with

the balance histories because the payment history reports 30 days past due as of November 2021 however, the balance history has no data entered for the year of 2021 up until March 2022 which makes the account incomplete and inaccurate. This same issue is also within account A8QBXXXX. **(10)** On both accounts there is no data entered for scheduled payments instead, it just reports as zero dollars repeatedly. If the scheduled payments were $0 each month and $0 was paid each month then how could the accounts possibly be reported in the payment history as 30-90 days late and proceed to go into a charged-off status? If the scheduled payments were always $0 and the amounts paid were always $0, how is the balance reporting as $299? This is clear evidence that the balance history and payment history still does not accurately, reflect the scheduled payments or the amounts paid. **(11)** on both accounts the terms state 12 months, but does not explain what the terms *are* for those 12 months. **(12)** On account A8QBXXXX in the payment history no data is entered from the date opened of February 8, 2021 up until April 2021. (13) On account A8QBXXXX the payment history reports that terms are met/current for the months of April 2021 through November 2021, however, the balance history has no data entered for the entire year of 2021. This clearly makes the account incomplete and inaccurate as the payment, history and balance history do not match up.

6. AHI failed to investigate and update the inaccuracies or delete the account after being notified of the disputes from plaintiff by Experian.

7. As a result of AHI's collective actions and willful negligence, the plaintiff suffered damage to their consumer report and reputation/creditworthiness. Several creditors have denied plaintiff and gave adverse actions because of the impact the negative reporting has on plaintiffs consumer report.

## IV. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

### Violation of the FCRA

8. AHI actions are a direct violation of 15 U.S. Code § 1681s-2 and U.S. Code § 1681s-2(b).

9. AHI negated their duties as a furnisher by providing inaccurate information to Experian even after several alleged reinvestigations.

10. AHI continued to willfully report the account inaccurately, refusing to do any further investigations.

## SECOND CAUSE OF ACTION

### Negligence

11. Respondent had a duty under the FCRA to report and provide accurate information to the credit bureaus at all times.

12. AHI breached their respective duties to federal law and the plaintiff. As a result plaintiff suffered damages indicated above and AHI is liable for $1000 per each willful or negligent violation under 15 U.S. Code § 1681s-(c) and 15 U.S. Code § 1681s.

### Punitive Damages

13. The conduct of Respondent described above is unacceptable. AHI's conduct demonstrates a reckless disregard for how their negligence can affect a human life. The acts and omissions described above were willful. Punitive and exemplary damages are therefore appropriate and should be imposed in this instance.

## V. PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully pray for a judgment against defendant for:

1. Injunctive and equitable relief as the Court deems appropriate including:

Revocation of Respondent's license to operate as a loan agency in the state of Florida; and

2. Statutory damages of $1000 per each willful violation to be paid by AHI, in accordance with the FCRA;

3. Punitive damages as the court deems appropriate;

4. Costs and of this lawsuit, with interest;

5. update the accounts to paid in full/paid on time Or deletion of the accounts

5. Any other relief as the court deems appropriate.

Submitted Respectfully,

Destinee Harris, Pro Se.

CERTIFICATE OF SERVICE :

I declare the following was sent to AFFIRM HOLDINGS INC. on _____ at the below indicated addresses;

AFFIRM HOLDINGS INC.

650 CALIFORNIA ST FL 12,

SAN FRANCISCO CA 94108

AFFIRM HOLDINGS INC. C/T Corporation System

330 N Brand Blvd

Glendale, California 91203