UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DESTINEE MONET HARRIS,
    Plaintiff,

v().                                  Case No.:  3:24cv162/MCR/ZCB

AFFIRM HOLDINGS INC,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, commenced this action by filing a complaint under the Fair Credit Reporting Act, 15 U.S.C. § 1681. (Doc. 1). On May 16, 2024, the Court ordered Plaintiff to file an amended complaint within twenty-one days. (Doc. 4). The Court directed the Clerk of Court to send Plaintiff the complaint form and notified Plaintiff that her failure to comply with an order of the Court would result in a recommendation of dismissal of this case. (*Id.* at 9-10).

Plaintiff did not file an amended complaint by the deadline. Therefore, on June 12, 2024, the Court issued an order giving Plaintiff fourteen days to show cause why this case should not be dismissed for his failure to comply with a Court order. (Doc. 6). The Court notified Plaintiff that her failure to show cause would result in a recommendation

of dismissal of this case. (*Id.*). The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where pro se plaintiff failed to file an amended complaint as directed).

At Pensacola, Florida, this 5th day of July 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.